**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-61527-CIV-MIDDLEBROOKS**

Skonyon LLC,

                      Plaintiff,

  v.

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A",

                      Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, Skonyon LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants Home Garden Use, Ostorm2019, YJ07-car parts, pingzeng, yarkene without prejudice.

Dated January 24, 2024.                    Respectfully submitted,

                                              /s/ Andrew J. Palmer
                                              Andrew J. Palmer
                                              Jared W. Gasman Attorney, P.A.
                                              5353 N. Federal Highway, Suite 402
                                              Fort Lauderdale, FL 33308
                                              Phone: 954-771-7050
                                              ajpalmer@gasmanlaw.com
                                              dkang@gasmanlaw.com

1