**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-61527-CIV-MIDDLEBROOKS**

Skonyon LLC,

                                Plaintiff,

    v.

The Individuals, Partnerships and Unincorporated
Associations Identified on Schedule "A",

                                Defendants.

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, Skonyon LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant e.fashion4u without prejudice.

Dated January 30, 2024.                  Respectfully submitted,

                                    /s/ Andrew J. Palmer_____
                                    Andrew J. Palmer

                                    Jared W. Gasman Attorney, P.A.

                                    5353 N. Federal Highway, Suite 402

                                    Fort Lauderdale, FL 33308

                                    Phone: 954-771-7050

                                    ajpalmer@gasmanlaw.com

                                    dkang@gasmanlaw.com